FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 29 2005

JAMES W. McCORMACK, CLERK
By:_____
                        DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

KEVIN LAMAR GREEN
REG. #24138-001                                                                 PETITIONER

VS.                                    2:05CV00025 JTR

LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                                                     RESPONDENT

## ORDER

Petitioner, who is currently incarcerated in the Federal Correctional Institute located in Forrest City, Arkansas, has filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, arguing that Respondent has improperly calculated his good-time credit. (Docket entry #1.) Respondent has filed a Response arguing that she has properly interpreted 18 U.S.C. § 3624 in calculating good-time credit. (Docket entry #5.)

IT IS THEREFORE ORDERED THAT Petitioner shall file, **on or before July 28, 2005**, a Reply addressing the argument raised in the Response.

Dated this 29th day of June, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON. _____ BY _____

FILE COPY

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

kayp

June 30, 2005

\* \* MAILING CERTIFICATE OF CLERK \* \*

Re: 2:05-cv-00025.

True and correct copies of the attached were mailed by the clerk to the following:

    Kevin Lamar Green
    FCIFC
    FCI Forrest City
    Reg. #24138-001
    Post Office Box 9000
    Forrest City, AR  72336-9000

    E. Fletcher Jackson, Esq.
    U. S. Attorney's Office
    Eastern District of Arkansas
    Post Office Box 1229
    Little Rock, AR  72203-1229

James W. McCormack, Clerk

Date: _____     BY: _____